868

Certiorari denied. *Paul E. Troy* for petitioner. *Hermon J. Wells* for the New York, New Haven & Hartford Railroad Co., respondent.

No. 340. CINGRIGRANI ET AL. *v.* B. H. HUBBERT & SON, INC. C. A. 4th Cir. Certiorari denied. *I. Duke Avnet* for petitioners. *John H. Hessey* for respondent.

No. 345. HOUSTON, COUNTY TREASURER, *v.* McCORMACK ET AL., TRUSTEES OF RECLAMATION DISTRICT No. 1000. District Court of Appeal, 3d Appellate District, of California. Certiorari denied. *George Herrington* for petitioner. *Stephen W. Downey* and *C. F. Metteer* for respondents.

No. 173, Misc. BOYLE *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 181, Misc. SPICHER *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 142. CAMPA *v.* UNITED STATES, *ante,* p. 821. Rehearing denied.

No. 162. EXCEL AUTO RADIATOR CO. *v.* BISHOP & BABCOCK MANUFACTURING Co., *ante,* p. 823. Rehearing denied.

No. 177. MASON *v.* PARADISE IRRIGATION DISTRICT, *ante,* p. 825. Rehearing denied.